TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00280-CV

Gary L. Binder and Sharon Wood Binder, Appellants

v.

Gary W. Petry and Barbara J. Smith, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. GN001178, HONORABLE F. SCOTT MCCOWN, JUDGE PRESIDING 

PER CURIAM

 Appellants Gary L. Binder and Sharon Wood Binder have filed an unopposed
motion to dismiss the appeal. We grant the motion and dismiss the appeal. Tex. R. App. P.
42.1(a)(2).

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Appellants' Motion

Filed: August 9, 2001

Do Not Publish